IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ANTHONY CAMPBELL, WENDY ANDERSON, CALANDRA BANKS, REGINA BEAVERS, TERESA BOATRITE, JOHN BOSWELL, CHARLES BRISCOE, DON BROCK, KENNETH BROOKS, JOANN BROWN, LEE BROWN, JERRY BUNLEY, TIRZAH BURT, JENE CARROLL, JOSETTE CARTER, R.C. CHAPMAN, FERNANDO CLARK, MARILYN COFFEY, LaTOYA COOK, THOMAS COX, DAVID DELATTE, SR., LINDA FLEMING, JOHN GARDNER, LARRY GRISSOM, DAYPRION HARRIS, SARAH HAYMAN, RICK HOBSON, THOREAUSA HORNE, PATRICIA IRVIN, PATRICK JENKINS, JEFFERY LONG, SR., DAVID LUMAS, ROY McCARTY, ALLISON McELVEEN, LENNY McELVEEN, RONNIE McGEE, ALICIA McKINNEY, SCOTT MULLOY, ALLISON NAYLOR, SUSANA PANIAGUA, TALAKA ROBINSON, RICHARD ROSS, ARTHUR SCOTT, QUINCY SCOTT, HERMAN SINGLETON, VINCE SUTTON, BARBARA TAYLOR, KATHIE TERRAL, LARRY THOMAS, JOHN WEBB, STEVE WILLIAMS, PATRICIA WILLIAMS, RALPH WILLIAMS, RONALD WOMACK, ANTARREO YOUNG, JACOBY CURRY, TYRONE JOHNSON and CALVIN WILLIAMS                              **PLAINTIFFS**

vs.                                                                Case No.: 3:18-cv-00011-MPM-JMV

EXPRESS COURIER INTERNATIONAL, INC., and EMP LSO HOLDING CORPORATION                            **DEFENDANTS**

## ORDER DENYING MOTION TO STAY CASE

This matter is before the Court on the joint motion of the parties to stay the case [42] until and including March 1, 2019. Specifically, parties seek an order permitting them to stay discovery pending non-binding mediation. As explained herein, the instant motion is DENIED, as the relief the parties seek is not afforded to them by the Local Uniform Civil Rules and is not otherwise necessesary, under these circumstances.

L.U.Civ.R. 16(b)(3) limits the stay of discovery to specific instances. The Rules require a stay of discovery when a motion is filed containing an immunity or jurisdictional defense or to

compel arbitration. Non-binding mediation does not necessitate a stay of the case, and the parties have provided no authority that would otherwise persuade the court to stay discovery.

In this regard, note that the court does not require the parties to conduct discovery at any particular time but only to timely complete discovery within the designated deadlines.

Accordingly, the motion to stay the case is hereby DENIED.

**SO ORDERED** this, the 20th day of December, 2018.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**