Case 4:20-cv-00713 Document 67 Filed on 03/14/24 in TXSD Page 1 of 12

United States Courts
Southern District of Texas
FILED
MAR 14 2024
Nathan Ochsner, Clerk of Court

Greetings Justice Members,

I am John, who writes to the Churches, I Hope you all are well, and your families also. I'm writing to you, Incase you or your staff believe in Having Mercy! If you think that Success is better than Punishing People! If you follow and Serve the Lord Jesus, and not Justice, then we Can Do Much Together. The Lord Has given me a good Vision to Benifit all, but Only the Justice Members Have the power to Establish it. Good People Look for Reasons To Help those that are Inside of them Texas Jails, and Prisons, but Evil and wicked People think that its good To Torture, Hurt punish the prisoners, and keep them From their families. Only those that are Evil and Have not been Changed or Rehabilitated should go to and stay In Prison! Do you Agree?

Back →

Punishing and Hurting the prisoners only teach them to Hate the Law, if the justice Members want to teach us a Lesson, they should teach us the Laws. If justice Members would Help the prisoners, then they justice Members would get Honored, Trusted, and Praised by the prisoners, and their families. Don't Let justice keep on teaching its Members to go Against Gods Laws of Forgiveness, and Mercy. Forcing people Into Isolation Cells For Long periods of Time with no Hope is a Form of Torture, which Leads Many prisoners to Kill themselves, this is Evil, why Does justice want people to Kill themselves, Bradshaw state jail Did me Evil, I filed a Lawsuit Against them for trying to Force Me to Kill Myself, Judge K. Nicole Mitchell in Tyler Texas is over my Case, Please Contact Austin parole Board at 72-406-5452, ask them to Send Me to Work Release

If you all Dont Punish others for Money then why do you all Do it? Dont you know that Money is a Curse! Do Rich Men & Women know who their Real friends are? I heard a Rich Man Say this "Sometimes I Wonder if I Lost Everything and Went Broke if My Wife Would Stay with Me" When you Loose Everything, go Broke, and all your friends are gone, this is not God Punishing you, this is God Showing you who your Real friends are. Dont you want to know who will still be standing by you after your Richss fade away. Besides all that its Hard for God to get your affection with all those fake friends around you. Can Money Protect you from a Car Wreck? Can Money keep you, and your kids from Death? Can Money buy you a faithfull Spouse? who will not Cheat on you? If you Loose all your Money, and are Sad, its Because you loved Money In your Heart - Dont Love Money, it comes and goes. Back →

Wouldn't it be better to Love God the Father, His Son Jesus whom Does obey Him? and the Holy Spirit. God Can give you things that Money Can't buy. God Can bring you back from the Dead. When you Do what Justice tells you, because Justice pays your wages, but is your wages worth Disobeying Gods Holy Laws of Mercy, and Forgiveness. All these People In yalls prisons is Evidence of the Justice Members Un-Forgiveness. Where Does God put those who Break His Laws? Mercy, and Forgiveness is For those who give it, that's in the Bible. Justice is blinded by Hatred and greed. Love is of God, and Hatred is of Evil! Why Do yall allow Justice to teach you to Hate those who do Break the Law? Instead of Helping them. Anytime you find yourself in a LifeSpan where you Can Make your own Decisions you are Being Watched and tested by not Seen forces. God is Invisible. If you could follow people around Invisible, wouldn't you? Invisible like the Wind. Follow Jesus

There should not be war between the Justice Members, and Law Breakers. I try to stop getting cops from getting killed in the line of duty, & the prisoners need help, its better to lead them to success, instead of punishment. Prisons, and Texas jails are not safe at this time, not for security, or the Inmates. If the Justice Members start helping the prisoners instead of hurt them, then in time, the prisoners will listen to you, Follow you, Honor you, and trust you. Should i have remained silent and keep letting justice teach its members to not forgive or have mercy? Why is justice teaching its members to torture people, and keep the prisons full. why can't i go to a work release who will help me get a job, & success. why does the Justice Members let justice tell them to hate us prisoners. Alway Remember those inside of Prison. Amen.

14th Laws is How we Identify Right from Wrong. I Came to jail to Help the Justice Members to See the truth, that Justice is Misleading them, they Aught to Follow Jesus, not Justice that Did Kill Him. Roman officers Killed Him. His Judge was Pontius Pilate. Mine was a wicked Judge Named Novy Scott out of Gregg County. At least Do Help Me For the Sakes of your own Children, and grandchildren, what if One of your Kids Break the Law one Day? Do you want them to be Safe, and get Help, or get Disgraced, Hurt Tortured? This Benefits us all. but I Cant Do this by myself, its Hard To get the Justice Members to change Because they think that this change is going to Effect all their Money Making. Isnt greed Terrible. We all Should be working Together to fix the justice System. their Motto should be "Semper Reformanda." why Does justice Hate To Forgive, and give 2nd chance

Assertional Quss for Investigation

I assert that the Huntsville Tx. parole Board is wrongfully detaining Men & Women Inside of prison. Should parole and Mercy be a Right or a prisledge? Would you all not Have Mercy on your own children. Why am I not worthy of work release, Victory in Jesus, Wharton, Texas. Work release parole is Mostly a struct To Control the # of Inmates gooing In, and out of prison, For Example If they grant 400 people parole, with only 300 Coming In, that will Leave that 100 Beds open, if a Unit Makes 70 Dollars a Day per Inmate thats 100 × 70 = 7,000, thats 7,000 Dollars that unit will not Make that Day. If only 300 are Coming In, then they will only grant 300 parole. This Keeps prison full, and Warden Making Maximum financial Capacity. The ones they Deny they use as Leverage To get scholarship funding.       pgck 7

The Texas prisoners get fed mostly Beans and Cornbread, cheap food, and not Seasoned, and no Extra food, not even for the poor Indigent prisoners, These Inmates are Hungry, I always see Inmates Fighting over food, Risking punishment For trying to get back in Line, and get More food. The Texas prisoners should not be deprived of food, deffinetly not as a form of Discipline. Starving people Does not Teach them a Lesson, its just Cruelty If they want to teach us a Lesson they should teach us the Laws, poor Indigent, Homeless, Non-Violant people should go to Work release, College, addicts should go to Rehab, churches should also be able To write, and Support the prisoners the U.S. Military should always be an Option, they Dont Respond back to grievances as well, why Cant we have More Vegatables and Bread

Hello:

After 2½ yrs I've Came To this Conclusion, the Texas Justice Members will not Submit To Jesus Christ, and Learn about Forgiveness and Mercy, but Does Still in the year of our Lord Christ 2024, February Exert Harsh punishment, Cruelty, Torture upon those Inside of prison, instead of Help them. They should be Letting us go To work release, College, Trade School, Employment, the U.S. Military should be an option. Its better To Serve your Country, Die a Hero, rather than To Die a Slow Miserable Death Inside of a Cell. The Churches should also be able To get Involved & be able To write, Visit, and Support the prisoners! if they Dont Come Help the prisoners then who will- Justice System should be based on Success and Mercy, not punishment and Cruelty. If Justice wants us To follow the laws, then please do start teaching us the Laws.

Back →

As long as justice is paying them wages to hurt and punish us prisoners they will continue, therefor we can find a way to convince the State, and federal governments to pay the justice Members to help us, instead of hurt us, if they are good people they will pay them to help us. Mercy, and parole should be a Right, and not a priviledge to all even the animals! To say otherwise would be Tyranny! The people need Help to Overcome the Reasons of is we break the Law. Lets pray that the Teachers will Start teaching Gods Laws, Moral Ethics through Jesus Christ the Lord, and the Laws of the Land, Do you think that I need Help or torture? If you think I need Help will you Call 502-406-5452, and ask them to Send me to Victory in Jesus Work/release inside of Wharton Texas. Its More Honorable to show Mercy, rather that to be a Greedy Tyrant.

P.S. I have not yet got a Positive Letter from any Justice Members, nor Have I Ever Heard of Anyone Actually getting a Letter of Hope from a CourtHouse, but I Know that there Has To be Some good Justice Members. I Have already Recieved Enough Rejection Letters, so please Dont Send Rejection notices. Its better To not get a Response rather than open up a Letter that Says Sorry, We Dont Care Enough To Help you, this Letter and Report is for your, So please Dont Send it back, My Heart is already Broken from prison, poverty, Lonelyness, Fear, and Worry. Only Send positive Letter of Hope, and yall Can do that if you want, its not illegal for Courts, and Clerks to Help the prisoners. Anna We are Americans, I'm Christian, from Simpson. L.a. I Have not Hurt Anyone, My Judge Wanted to Hurt Me, not Help me, I Hope yall are not like that. This Letter Report is yours to K...

John Boswell #2417029
2665. P.R. 1
Lovelady T.x. 75851

NORTH TEXAS TX P&DC
DALLAS TX 750
11 MAR 2024 PM 9 L

United States Courts
Southern District of Texas
FILED

MAR 14 2024

Nathan Ochsner, Clerk of Court

U.S. Dist. Court.
1133 N. Shoreline Blvd.
Corpus Christi. T.x. 78401

78401-200399